BRONXVILLE PALMER, LTD., Appellant, v. STATE OF NEW YORK et al., Respondents.   (Claim No. 38220.)

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur.